UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

BUSINESS INTEGRATION SERVICES, INC.,

                Plaintiff,         06 Civ. 1863 (JGK)

      - against -               BENCH OPINION

AT&T CORP.,

                Defendant.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

     For the reasons articulated on the record at the conference on **February 27, 2009**, the defendant's motion for summary judgment is **denied** both with respect to the plaintiff's breach of contract claim and its unjust enrichment claim. The plaintiff's motion to strike is **denied as moot**. The Clerk is directed to close Docket Nos. 54 and 73.

SO ORDERED.

Dated:    New York, New York
          February 27, 2009

                                          John G. Koeltl
                                       United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/09