UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------

BUSINESS INTEGRATION SERVICES, INC.,

              Plaintiff,         06 Civ. 1863 (JGK)

    - against -               ORDER

AT&T CORP.,

              Defendant.
----------------------------------------

JOHN G. KOELTL, District Judge:

    The motion in limine by the defendant and the plaintiff relating to the Magistrate Judge's prior preclusion order is granted in part and denied in part as explained on the record at today's hearing.

SO ORDERED.

Dated:    New York, New York
          September 14, 2009

                                      John G. Koeltl
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-15-09

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-15-09

1